# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Abercrombie & Fitch Co. )<br>  Plaintiff, )<br>  v. )<br>Federal Insurance Company, )<br>  Defendant. ) | Case No.  2:06-cv-831<br>Judge:  Watson<br>**Corporate Disclosure Statement** |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

Federal Insurance Company ("FIC")

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

   __X__ Yes      ____ No

   If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

   FIC is a wholly owned subsidiary of Chubb Corporation

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? ____ Yes    __X__ No

   If the answer is Yes, list the identity of such corporation and the nature of the financial interest.

/s/ David J. Butler          October 20, 2006
**(Signature of Counsel)**       **(Date)**

## "Certificate of Service"

**COUNSEL ARE REMINDED OF THEIR CONTINUING OBLIGATION
TO UPDATE AND SUPPLEMENT THIS STATEMENT.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing *Corporate Disclosure Statement* has been served by the Court's CM/ECF system this 20th day of October, 2006 upon:

James E. Arnold, Esq.
Glen R. Pritchard, Esq.
Clark, Perdue, Arnold & Scott Co., LPA
471 East Broad Street, Suite 1400
Columbus, Ohio 43215

Thomas M. Reiter, Esq.
Patrick J. McElhinny, Esq.
Jeremy C. Smith, Esq.
Kirkpatrick & Lockhart Nicholson Graham LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312

/s/ David J. Butler
David J. Butler