IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ABERCROMBIE & FITCH CO.,**

    **Plaintiff,**

  vs.                              Case No. C2:06-cv-831
                                       Judge Edmund A. Sargus, Jr.
                                       Magistrate Judge E.A. Preston Deavers

**FEDERAL INSURANCE CO.,**

    **Defendant.**

### ORDER

The parties have filed a stipulation regarding an extension of time to respond to a motion. Such stipulations are prohibited by S.D. Ohio Civ. R. 6.1(b). All extensions, other than those that apply to pleadings, must be made upon motion. In the interest of judicial economy, however, the Court will treat the stipulation as an unopposed motion for extension of time. The motion will be **GRANTED**. Plaintiff Abercrombie & Fitch Co. may have until **JULY 19, 2010** to respond to Defendant Federal Insurance Company's motion to stay discovery.

        **IT IS SO ORDERED.**

**DATE**: <u>July 13, 2010</u>                          <u>/s/ *Elizabeth A. Preston Deavers*</u>
                                                                **ELIZABETH A. PRESTON DEAVERS**
                                                                **UNITED STATES MAGISTRATE JUDGE**