IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ABERCROMBIE & FITCH CO., ) | Civil Action No. 2:06 CV 831 |
| ) | |
| ) | Judge Sargus |
| Plaintiff, ) | |
| ) | Magistrate Judge Deavers |
| v. ) | |
| ) | |
| FEDERAL INSURANCE COMPANY, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| FEDERAL INSURANCE COMPANY, ) | |
| ) | |
| Counterplaintiff/Third ) | |
| Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ABERCROMBIE & FITCH CO., ) | |
| ) | |
| Counterdefendant, ) | |
| ) | |
| and ) | |
| ) | |
| NATIONAL UNION FIRE INSURANCE ) | |
| COMPANY OF PITTSBURGH, PA, ) | |
| ) | |
| Third Party Defendant. ) | |

**ORDER**

AND NOW, this 12 day of April, 2011, upon consideration of Plaintiff Abercrombie & Fitch Co.'s Motion to Withdraw its Motion to Compel (Dkt. No. 170), it is hereby ORDERED that Plaintiff's Motion is hereby GRANTED. The Motion to Compel is

PI-2537639 v1

withdrawn without prejudice. All dates or deadlines pertaining to the Motion to Compel are hereby VACATED.

IT IS SO ORDERED.

Dated: 4-11-2011

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE